



**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2021
SEPTEMBER 12, 2023 SESSION**

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 3:23-cr-151

18 U.S.C. § 924(a)(1)(A)
18 U.S.C. § 2
**MAXIMILLIAN KEATON**  21 U.S.C. § 841(a)(1)

## I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

1. At all relevant times, Tri-State Jewelry & Loan, LLC, d/b/a Classic Jewelry & Loan, was located in Barboursville, Cabell County, West Virginia, and was a licensed dealer of firearms as defined in 18 U.S.C. § 921(a)(11).

2. On or about February 22, 2023, at or near Barboursville, Cabell County, West Virginia, a person whose identity is known to the Grand Jury (hereinafter "the known person") acquired a firearm, that is, a Springfield Armory, model Hellcat, 9mm pistol, from Tri-State Jewelry & Loan, LLC, d/b/a Classic Jewelry & Loan, for defendant MAXIMILLIAN KEATON.

3. On or about February 22, 2023, at or near Barboursville, Cabell County, West Virginia, and within the Southern District of West Virginia, in connection with the acquisition of the aforesaid

firearm, the known person, aided and abetted by defendant MAXIMILLIAN KEATON, did knowingly make a false statement and representation with respect to the information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Tri-State Jewelry & Loan, LLC, d/b/a Classic Jewelry & Loan, that is, the known person stated and represented on a Department of Justice ATF Form 4473 that he was the actual transferee and buyer of the aforesaid firearm when, in fact, as the known person well knew, defendant MAXIMILLIAN KEATON was the true actual transferee and buyer of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

**COUNT TWO**

1. At all relevant times, Tri-State Jewelry & Loan, LLC, d/b/a Classic Jewelry & Loan, was located in Barboursville, Cabell County, West Virginia, and was a licensed dealer of firearms as defined in 18 U.S.C. § 921(a)(11).

2. On or about February 25, 2023, at or near Barboursville, Cabell County, West Virginia, a person whose identity is known to the Grand Jury (hereinafter "the known person") acquired a firearm, that is, a Springfield Armory, model Prodigy, 9mm pistol, from Tri-State Jewelry & Loan, LLC, d/b/a Classic Jewelry & Loan, for defendant MAXIMILLIAN KEATON.

3. On or about February 25, 2023, at or near Barboursville, Cabell County, West Virginia, and within the Southern District of West Virginia, in connection with the acquisition of the aforesaid firearm, the known person, aided and abetted by defendant MAXIMILLIAN KEATON, did knowingly make a false statement and representation with respect to the information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Tri-State Jewelry & Loan, LLC, d/b/a Classic Jewelry & Loan, that is, the known person stated and represented on a Department of Justice ATF Form 4473 that he was the actual transferee and buyer of the aforesaid firearm when, in fact, as the known person well knew, defendant MAXIMILLIAN KEATON was the true actual transferee and buyer of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

**COUNT THREE**

On or about March 8, 2023, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant MAXIMILLIAN KEATON knowingly and intentionally possessed with intent to distribute a quantity of N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

WILLIAM S. THOMPSON
United States Attorney

By: _____
JOSEPH F. ADAMS
Assistant United States Attorney